# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Glenn Cornell Worley,         ) | |
|     Petitioner,               ) | CV-15-0071-TUC-DCB |
| vs.                           ) | ORDER |
| Charles L. Ryan, et al.,      ) | |
|     Respondents.              ) | |

Magistrate Judge Ferraro issued his Report and Recommendation on January 7, 2016, recommending that the District Court deny the petition as time-barred and dismiss the action with prejudice. A copy was sent to all parties on January 7, 2016, notifying all parties that written objections must be filed within ten days of service. 28 U.S.C. §636(b). No objections to the Magistrate Judge's Report and Recommendation have been filed. Consequently, any objections that have not been raised are waived and will not be addressed by the Court.

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge Ferraro's Report and Recommendation (Doc. 12) is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus (Doc. 1) is DENIED and this action is dismissed with prejudice in favor of Respondents. A Final Judgment shall enter separately.

DATED this 27th day of January, 2016.

David C. Bury
United States District Judge